1074

THE STATE OF WASHINGTON, *Respondent,* v. CAREY FAST,
*Appellant.*

*In the Matter of the Personal Restraint of*
CAREY FAST, *Petitioner.*

Appeal from a judgment of the Superior Court for What-
com County, No. 85–1–00157–8, Byron L. Swedberg, J.,
entered July 26, 1985, together with a petition for relief
from personal restraint. Judgment *affirmed* and petition
*denied* by unpublished opinion per Grosse, J., concurred in
by Swanson and Coleman, JJ.

[No. 18008–8–I.   Division One.   December 7, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ALF ERIK
DETTLOFF, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–01558–1, Stephen M. Reilly, J., entered
February 7, 1986. *Affirmed* by unpublished opinion per
Williams, J. Pro Tem., concurred in by Scholfield, C.J., and
Webster, J.

[No. 19113–6–I.   Division One.   December 7, 1987.]

THE STATE OF WASHINGTON, *on the Relation of the State
of Arizona,* ET AL, *Respondent,* v. RICHARD G.
HARMON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–3–04430–3, Shannon Wetherall, J., entered
August 5, 1986. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Ringold, A.C.J., and Coleman,
J.